AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| James-Keith; Young<br><br>*Petitioner*<br><br>v.<br><br>Jennifer Reis, Warden, Cheshire Correctional Institute<br>900 Highland Avenue<br>Cheshire, Connecticut 06410<br><br>*Respondent*<br>*(name of warden or authorized person having custody of petitioner)* | Case No. 22CV985 (OAW)<br>*(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: James-Keith; Young
   (b) Other names you have used: none
2. Place of confinement:
   (a) Name of institution: Cheshire Correctional Institute
   (b) Address: 900 Highland Avenue
       Cheshire, Connecticut 06410
   (c) Your identification number: 142060
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: GA 02 at Bridgeport, 172 Golden Hill Street
           Bridgeport, Connecticut 06604
       (b) Docket number of criminal case: see attachment
       (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other (explain):   The court had/has no jurisdictional authority to force me into their courts, to detain me, or to have arrested me.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   GA 2 Bridgeport Superior Court   172 Golden Hill Street, Bridgeport, Connecticut 06604
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   Unreasonable bond, and unlawful incarceration, done without subject or in personam jurisdiction, converting my right to due process into a color of law procedure
   (d) Date of the decision or action:   05/23/2022

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:   GA 2 Court itself; non-statutory abatement for nuisance for jurisdictional over-reach, based upon presumptions not supplied by sef-determination.
       (2) Date of filing:   07/22/2022
       (3) Docket number, case number, or opinion number:
       (4) Result:   ignored / acquiesced
       (5) Date of result:   NONE
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:   GA 2 Court; non-statutory abatement for nuisance for jurisdictional over-reach, based upon presumptions not supplied by self-determination

        (2) Date of filing:   07/22/2022

        (3) Docket number, case number, or opinion number:

        (4) Result:   ignored / acquiesced

        (5) Date of result:   NONE

        (6) Issues raised:   Appeared by special appearance expressly challenging jurisdictional authority, also implying a general denial on all claims against this man as fraudulent.

    (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:   GA 2 Court; non-statutory abatement for nuisance for jurisdictional over-reach, based upon presumptions not supplied by self-determination

        (2) Date of filing:   07/22/2022

        (3) Docket number, case number, or opinion number:

        (4) Result:   ignored / acquiesced

        (5) Date of result:   NONE

        (6) Issues raised:   Rebutted presumption of ********, of consent to color of law process, demanding my freedom and liberty restored, by a dismissal with prejudice for due process violations, including, but not limited to 120 day speedy trial requirements.

    (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

         ☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes          ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes          ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes            ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes            ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Right to self-determination per the International Covenant on Civil and Political Rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I appeared by special appearance, giving my self-determination to the courts, article 1 section 1 ICCPR. They failed to respect my right, and instead chose to persecute me, in vilations of their international responsibilities as signers (agents to their principle) to the ICCPR and are bound by article 1, section 3.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:** Lack of jurisdictional authority; in personam

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I appeared by special appearance, not generally or voluntarily (challenging jurisdiction). I stated for the record I was executor and beneficiary of all legan entities of standing, I waived all benefits and contracts, and denied the existance of a corporation in my name. I serve the living creator YHWH, and according to Genesis 1:26-28, all men are created equal. I demand to be made free. I do not consent. If you have any questions please refer to my publicly recorded paperwork (nature and cause nor jurisdiction were never expressly implied on the court).

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND THREE:** Lack of jurisdictional authority; subject matter.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I appeared by special appearance. The court's process was a violation of the Foreign Sovereign Immunities Act (of Congress). The inferior courts did not expressly imply a commercial nature and cause to prove commercial jurisdiction over this man, one of We, the People, State citizen, a/k/a American state of the Union citizen. This shows only want of authority, want of power and want of jurisdiction over this man.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Lack of citizenship jurisdiction; parents patria

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Probate court has made a false claim of ownership of my person. My family (mother and father) are as I am, State citizens, and not citizens o the municipal united states (citizens of the united states), nor citizens of the territorial united states (U.S. citizens). I challenged the courts to produce evidence of the facts upon which its presumptions relied or to otherwise vacate, as the probate court has made a claim of jurisdiction and failed to state on the record facts to support this claim upon which relief may be granted.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Please see attached grounds 5-9

### Request for Relief

15. State exactly what you want the court to do:   1. I want to be made free and at my liberty  2. Quash all unlawful warrants and orders made be inferior court  3. Order dismissal with prejudice in all cases  4. Order the bonds created by these case/control numbers repaid to this realto / petitioner  5. A cease and desist on further actions and protective order against harassment, assault and contact in future.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: August 3, 2022

*Signature of Petitioner:* James-Keith; Young

*Signature of Attorney or other authorized person, if any*

4b. Case numbers: F02B-CR-18-0306037-S   F02B-CR-20-0336572-S
F02B-CR-19-0306563-S   F02B-CR-20-0337428-S   F02B-CR-21-0342312-S
F02B-CR-22-0346078-S

13 additional grounds:

Grounds 5. Violation of the speedy trial act. The court had 120 days to show cause and bring me to trial any subject matter jurisdiction that could have existed was lost.

Grounds 6. Violation of each individual's oath of office. Each individual person acting in their office or trust for profit, for town, state or federal "governmental actors" must take an oath to uphold the rights of men over and/or while performing their office of trust or profit and while executing the public policy in which guides their work. They failed to do so.

Grounds 7. Federal Constitutional Violations

Specifically, the violation of the 11th amendment, as United states courts are not to be used for prosecution against on citizens of a foreign state.

Grounds 8. State of Connecticut Constitution due process, specifically the speedy trial act.

Grounds 9. Violation of the federal public laws, specifically title 18 242-243 color of law crimes and 1981-1989 rights violations.